J. Todd Tracy, WSBA #17342
Crocker Law Group PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 telephone
206-624-8598 facsimile
@crockerlaw.com

Honorable Patricia C. Williams
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re<br><br>PREMIUM DEVELOPMENTS, LLC,<br><br>Debtor. | No. 09-06746-PCW11<br><br>DEBTOR'S SUPPLEMENTAL RESPONSE RE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE |

  Premium Developments, LLC, Chapter 11 Debtor, by and through counsel, J. Todd Tracy and Crocker Law Group PLLC, respectfully submits this supplemental response to the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case:

  The Debtor, through Mr. White, has "turned over every rock" in an effort to find debtor-in-possession financing to allow it to seek confirmation of its plan of reorganization. Unfortunately, the economic climate in general, and the lending climate with regard to raw land in particular have proven to be a most formidable, and

DEBTOR'S SUPPLEMENTAL RESPONSE RE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE - 1

CROCKER LAW GROUP PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
P) 206-624-9894  F) 206-624-8598
www.crockerlaw.com

09-06746-PCW11    Doc 256    Filed 04/28/11    Entered 04/28/11 14:58:07    Pg 1 of 4

unsuccessful barrier. The Debtor, despite its best efforts, is unable to provide the Court with confirmation that exit financing will be available.

Based on the foregoing, the Debtor consents to dismissal of the case.

In the interests of full disclosure to the Court, the Debtor advises the Court and the United States Trustee that it has recently negotiated three lot sales from Catalina Crest, similar to lot sales previously approved by the Court. The Debtor has also received an offer from Prem Loans to do a § 363 "short" sale of its collateral, with a less than full credit toward the outstanding debt. These sales will benefit the secured creditors by reducing their respective claims, but will not generate any type of recovery for the estate and other creditors. Therefore, the Debtor does not believe conversion will benefit the estate in any meaningful way.

WHEREFORE, the Debtor requests that the Court enter an order dismissing the case.

DATED this 28th day of April 2011.

CROCKER LAW GROUP PLLC

By  */s/ J. Todd Tracy*
     J. Todd Tracy, WSBA #17342
Attorneys for Debtor

DEBTOR'S SUPPLEMENTAL RESPONSE RE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE - 2

CROCKER LAW GROUP PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
P) 206-624-9894  F) 206-624-8598
www.crockerlaw.com

09-06746-PCW11    Doc 256    Filed 04/28/11    Entered 04/28/11 14:58:07    Pg 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, I caused a copy of the foregoing to be served via CM/ECF on the following parties:

Michael A Arch on behalf of Creditor East Wenatchee Water District
raejeank@archlawfirm.com , @archlawfirm.com

J Patrick Aylward on behalf of Creditor Forsgren Associates, Inc. PatA@jdsalaw.com , @jdsalaw.com

Erik S Bakke on behalf of Creditor Carlis Chaussee erik@bakkelawgroup.com , @bakkelawgroup.com

Gary W Dyer on behalf of U.S. Trustee US Trustee .W.Dyer@usdoj.gov

Gary W Dyer^ on behalf of U.S. Trustee US Trustee .W.Dyer@usdoj.gov

Jeffrey B Earl on behalf of Creditor Gary & Bruce Roylance jearl98837@yahoo.com , @gmail.com

David E. Eash on behalf of Creditor Lewis Hanson and Company, Inc.
deash@ewinganderson.com , bzeski@ewinganderson.com; kjordan@ewinganderson.com; bbrown@ewinganderson.com; ddeltchev@ewinganderson.com; @ewinganderson.com

David P Gardner on behalf of Interested Party Calvin White dpg@winstoncashatt.com , @winstoncashatt.com

Clay M Gatens on behalf of Creditor Harris Orchard, L.P. clayg@jdsalaw.com , @jdsalaw.com

William L Hames on behalf of Interested Party Developments Diversified Corporation billh@hawlaw.com , pamh@hawlaw.com; michellec@hawlaw.com; mirnac@hawlaw.com; johno@hawlaw.com; @hawlaw.com

Douglas R Hookland on behalf of Creditor United Pipe & Supply Co., Inc.
drh@scott-hookland.com , @scott-hookland.com

DEBTOR'S SUPPLEMENTAL RESPONSE RE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE - 3

CROCKER LAW GROUP, PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
P) 206-624-9894  F) 206-624-8598
www.crockerlaw.com

09-06746-PCW11    Doc 256    Filed 04/28/11    Entered 04/28/11 14:58:07    Pg 3 of 4

Nancy L Isserlis on behalf of Defendant Calvin White nli@winstoncashatt.com , @winstoncashatt.com

Jed W Morris on behalf of Creditor Prem Loans, LLP jmorris@lukins.com , @lukins.com

Eric K Nayes on behalf of Creditor Washington Trust Bank enayes@comcast.net , @att.net

Elizabeth H Shea on behalf of Creditor Banner Bank eshea@hackerwillig.com , donna@hackerwillig.com; debbie@hackerwillig.com; alena@hackerwillig.com; kristen@hackerwillig.com; charlie@hackerwillig.com;  @hackerwillig.com

Rolf Tangvald on behalf of Creditor INTERNAL REVENUE SERVICE U S A kathy.devlin@usdoj.gov , Angelita.G.Mills@irs.gov; Tonya.Moon@irs.gov; .L.Parde@irs.gov

US Trustee .REGION18.SP.ECF@usdoj.gov

Brian A Walker on behalf of Creditor Cashmere Valley Bank  @omwlaw.com  @omwlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED this 28th day of April 2011, at Seattle, Washington.

      *Nancy Hunter*
      Nancy Hunter, CBA

DEBTOR'S SUPPLEMENTAL RESPONSE RE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE - 4

CROCKER LAW GROUP, PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
P) 206-624-9894  F) 206-624-8598
www.crockerlaw.com

09-06746-PCW11    Doc 256    Filed 04/28/11    Entered 04/28/11 14:58:07    Pg 4 of 4